No PD-1243-15

In The Court

Of Criminal Appeals

Austin. Texas

Cornell McHenry

v

The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

From Appeal No. 06-14-00131 CR

Trial Cause No. 12F0117-202

Bowie County.

First Motion for Extension of Time to File Petition for Discretionary Review

To The Honorable Judges of the Court of Criminal Appeals

Comes Now. Cornell McHenry Petitioner,

and files this motion for an extension of Sixty days in which to file a Petition for Discetionary Reveiw. In support of this motion, Appellant shows Court the following.

_____ Clerk
Court of Criminal Appeals

Dear Clerk:

Enclosed please fing my pro se Defendants motion for Extension of time to file Petition for Discretionary Review. Please file this motion and bring it to the Attention of the, Court.

Please date/stamp this letter and return if to me at my address shown below.

I do request that you notify me of The Courts Ruling on my motion.

Sincerely.

Cornell McHenry
Defendant Pro Se
Joe F Gurney Unit #1928861
Palestine Tx 75803

# Certificate of Service

I __Cornell McHenry__ certify that a true and correct copy of the above and foregoing. first motion for Extension of Time to file a Petition for Discretionary Review. has been forwarded by U.S. mail postage . prepaid. first class , to the Attourney for State.
__Court of Criminal Appeal__ __P.O. Box 12308 Austin Tx__ and to 78711 the State Prosecuting Attourney P.O. Box 12405 Austin, TX 78711

ON this The ____11____ day of __August__ , 20 __15__

____Cornell McHenry____
Petitioner Pro Se

I. __Cornell McHenry__ , TDCJ # __1928881__ being presently incarcerated in the __Joe f Gurney__ Unit of the Texas Department of Criminal Justice in __Anderson__ County. Texas , verify and declare Under penalty of pursury that the foregoing Statements are true and correct. Executed on this the ____15____ day of __September__ 20 __15__

Since that time Petitioner has been attempting to gain legal Representation in this matter. His Attourney on the appeal, Bart C Craytor, has informed Petitioner that he will not represent him on the Petition of Discretionary Review.

Where for, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 06-14-00131 CR to 12F0117-202

Petitioner Pro Se
The Texas Department of
Criminal Justice
Joe F Gurney Unit
TDCJ - ID # 1928881
Palestine Texas 75803

# IV

D. Prayer for Releif

Wherefore Premises Considered Relator <u>Cornell McHenry</u>

Pro Se. Respectfully Request finding that the Respondent did not transmitt documents to the Court of Criminal Appeals within a <u>Resonable time</u> after the date they were requested and the Relator brought this litiantion in good faith And has substantually prevailed. Relator prays for An Order directing Respondant to transmitt codu of the Application for Writ of habeas Corpus, any answers filed, and certified reciting the date upon which that finding was made to the Court of Criminal Appeals As directed on Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure, and as Requested in Relators letters Exhibits "A" through _____

Respectfully Submitted

Relator <u>Cornell McHenry</u>